IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SHALEE BALIUS-DONOVAN, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 1:19-cv-02703-CAP |
| v. | : | |
| | : | |
| BEHNAMIRI AND ASSOCIATES, LLC, et al., | : | |
| | : | |
| Defendants. | : | |

## O R D E R

This matter is before the court on its order of November 1, 2021, granting the parties request to file their proposed consolidated pretrial order no later than January 7, 2022 [Doc. No. 179]. A review of the docket in this action reflects that the parties have failed to comply with this order. Accordingly, the parties are **ORDERED** to **SHOW CAUSE** within 10 days why they should not be sanctioned for their failure to comply with the court's pretrial instructions. LR 16.5, NDGa. Each side may file its own response.

**IT IS SO ORDERED** this 10th day of January, 2022.

/s/CHARLES A. PANNELL, JR.
CHARLES A. PANNELL, JR.
UNITED STATES DISTRICT JUDGE