# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SHALEE BALIUS-DONOVAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. **1:19-cv-02703-CAP-CMS** |
| BEHNAMIRI AND ASSOCIATES, LLC, ) | |
| d/b/a THE PLACE, A Georgia ) | |
| Corporation, MAHMOUD BEHNAMIRI, ) | JURY TRIAL DEMANDED |
| HASSAN NEGAHDAR, BEHNAMIRI ) | |
| AND NEGAHDAR LLC, d/b/a THE ) | |
| PLACE BAR AND GRILL, A Georgia ) | |
| Corporation and B & N PARTNERS, ) | |
| LLC, d/b/a THE PLACE TAVERN, A ) | |
| Georgia Corporation, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## STIPULATION OF VOLUNTARY DISMISSAL

COMES NOW, Plaintiff Shalee Balius-Donovan, Behnamiri & Associates, LLC, Behnamiri & Neghadar LLC, and B&N Partners LLC and Mahmoud Behnamiri and pursuant to FRCP 41(a)(1) stipulate to the Voluntary Dismissal of her Complaint as follows:

1. Plaintiff dismisses Counts I, II, and III of her Amended Complaint, as well as only those portions of Count VII relating to the claims in Counts I, II, and III, **WITH PREJUDICE.**

2. Plaintiff dismisses all remaining Counts, claims and causes of action **WITHOUT PREJUDICE.**

        THE GUNN LAW FIRM LLC

        */s/ E. Linwood Gunn, IV*
        E. Linwood Gunn, IV
        Georgia State Bar No. 315265
        244 Roswell Street, Suite 100
        Marietta, Georgia 30060
        407-508-0020
        elg@atldiscriminationlawyers.com

        *Counsel for Plaintiff*

## **CERTIFICATION UNDER L.R. 7.1D**

Pursuant to Northern District of Georgia Local Rule 7.1.D, the undersigned counsel for Plaintiff hereby certifies that the above and foregoing pleading is a computer document prepared in Times New Roman (14 point) font in accordance with Local Rule 5.1B.

So certified this 20th day of January 2022.

>　　　　　　　　　　　　　　*/s/ E. Linwood Gunn, IV*
>　　　　　　　　　　　　　　 E. Linwood Gunn, IV
>　　　　　　　　　　　　　　 Georgia State Bar No. 315265
>　　　　　　　　　　　　　　 Attorney for Plaintiff

THE GUNN LAW FIRM LLC
244 Roswell Street, Suite 100
Marietta, GA 30060
Phone:　　　470.508.0020
Email:　　　elg@atldiscriminationlawyers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this date, I filed *Stipulation of Dismissal* via the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Amanda Speights
amanda@speightslaw.com

J. Daran Burns
dburns@burnslawgroup.com

Zachary Holman Smith
zsmith@burnslawgroup.com

This 20th day of January 2022.

*/s/ E. Linwood Gunn, IV*
E. Linwood Gunn, IV
Georgia Bar No. 315265
*Attorney for Plaintiff,*
*Shalee Balius-Donovan*

THE GUNN LAW FIRM LLC
244 Roswell Street, Suite 100
Marietta, GA 30060
Phone:         470.508.0020
Email:         elg@atldiscriminationlawyers.com